**Opinion issued October 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00518-CR

————————————

## IN RE ARMANDO LOZANO, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Armando Lozano seeks a writ of mandamus requesting that this Court reform his 2012 judgment of conviction for aggravated robbery to delete the deadly weapon finding. Alternatively, he requests that the trial court be directed to enter findings of fact and conclusions of law setting forth the bases for denying his motions for judgment nunc pro tunc. We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).